UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER AICKLEN, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED, | CASE NO. 4:14-CV-3191 |
| *Plaintiff,* | COLLECTIVE ACTION |
| v. | |
| NAVASOTA OILFIELD SERVICES, INC., ET AL., | |
| *Defendant.* | |

## RULE 41 AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Christopher Aicklen, Jimmy Purdin, Robert Jackson Langley II, and Jeremy Fishback and Defendant Navasota Oilfield Services, Inc. file this Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41 asking the Court to dismiss this case with prejudice and would show as follows:

1. This dispute has been resolved. The parties hereby jointly stipulate to the dismissal of all claims in the above matter and ask that all claims in this matter be dismissed with prejudice as to refiling.

2. The parties shall bear their own court costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant stipulate to the dismissal of all claims in the above-referenced matter.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

**/s/ David I. Moulton**
_____

David I. Moulton
State Bar No. 24051093
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
dmoulton@brucknerburch.com

**ATTORNEY FOR PLAINTIFF**

- **AND   -**

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY**

 /s/ William S. Helfand
William S. Helfand
State Bar No. 09388250
Attorney-in-Charge
Julie R. Offerman
State Bar No. 24070360
1200 Smith Street, 14th Floor
Houston, Texas 77002
(Tel.) 713-654-9630
(Fax) 713-658-2553
William.Helfand@chamberlainlaw.com
Julie.Offerman@chamberlainlaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On October 30, 2015, a true and correct copy of the Parties' Rule 41 Stipulation of Dismissal with Prejudice was served on all parties via the Court's ECF System.

**/s/ David I. Moulton**

David I. Moulton